### Sam RIVETTE v. STATE.
#### No. 14548.

Court of Criminal Appeals of Texas.
June 17, 1931.

1116

R. H. Jernigan, of Port Arthur, and W. J. Baldwin, of Beaumont, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The offense is murder; penalty, confinement in the penitentiary for ten years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.